JACK B. SCHMETTERER
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SWANSON, ERIC E. | § | Case No. 07-08912 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized gross receipts of                   $

         Funds were disbursed in the following amounts:

         Payments made under an interim
         disbursement
         Administrative expenses
         Bank service fees
         Other payments to creditors
         Non-estate funds paid to 3rd Parties
         Exemptions paid to the debtor
         Other payments to the debtor

         Leaving a balance on hand of[1]                   $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/PHILIP V. MARTINO_____
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

6/1/2016

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 07-08912 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SWANSON, ERIC E. | | | Date Filed (f) or Converted (c): | 05/16/07 (f) |
| | | | | 341(a) Meeting Date: | 06/21/07 |
| For Period Ending: | 06/12/13 | | | Claims Bar Date: | 12/17/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WASHINGTON MUTUAL | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 2. SECURITY DEPOSIT | 445.00 | 0.00 | | 0.00 | FA |
| 3. T.V./FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 4. NORMAL APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 5. STOCKS STEM CELLS (100 SHARES) | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 6. Promissory note from buyer (Thakker) | 10,000.00 | 10,000.00 | | 10,200.00 | FA |
| 7. Promissory note from buyer (Lakefront) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 8. DOG | 20.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.49 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $27,465.00        $25,000.00                $25,209.49        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 06/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| * 06/12/08 | | Amish Thakker | January Payment | 188.71 | | 188.71 |
| * 06/12/08 | | Amish Thakker | February Payment | 188.71 | | 377.42 |
| 06/12/08 | 7 | Lakefront Corner | JANUARY LOAN PAYMENT | 283.07 | | 660.49 |
| 06/12/08 | 7 | LAKEFRONT CORNER INC. | FEBRUARY LOAN PAYMENT | 283.07 | | 943.56 |
| 06/12/08 | 7 | LAKEFRONT CORNER INC. | MARCH LOAN PAYMENT | 283.07 | | 1,226.63 |
| * 06/12/08 | | AMISH THAKKER | MARCH LOAN PAYMENT | 188.71 | | 1,415.34 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.06 | | 1,415.40 |
| * 07/16/08 | | Amish Thakker | January Payment | -188.71 | | 1,226.69 |
| * 07/16/08 | | Amish Thakker | February Payment | -188.71 | | 1,037.98 |
| * 07/16/08 | | AMISH THAKKER | MARCH LOAN PAYMENT | -188.71 | | 849.27 |
| 07/16/08 | 7 | DLA Piper/Lakefront (Exchange) | April, May and June payments | 849.21 | | 1,698.48 |
| 07/30/08 | | Amish Thakker | | 1,321.18 | | 3,019.66 |
| | 6 | AMISH THAKKER | Memo Amount: 1,321.18 January - July Payments | | | |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.15 | | 3,019.81 |
| 08/18/08 | 6 | DLA Piper Exchange Check for Amish Thakker checks | | 566.14 | | 3,585.95 |
| 08/19/08 | 6 | Amish Thakker/DLA Piper US LLP | Exchange Check | 188.78 | | 3,774.73 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.39 | | 3,775.12 |
| 09/03/08 | 7 | Lakefront Corner, Inc. | | 283.07 | | 4,058.19 |
| 09/15/08 | 6 | Amish Thakker/DLA Piper | Exchange Check | 189.00 | | 4,247.19 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.50 | | 4,247.69 |
| 10/10/08 | 7 | Lakefront Corner | | 285.00 | | 4,532.69 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.42 | | 4,533.11 |
| * 11/04/08 | 7 | Lakefront Corner Inc. | | 285.00 | | 4,818.11 |
| 11/19/08 | 6 | Amish H. Thakker | payment on loan | 185.00 | | 5,003.11 |
| 11/26/08 | 6 | Amish Thakker | Oct. Nov. December Payments | 555.00 | | 5,558.11 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.37 | | 5,558.48 |
| | | | Page Subtotals | 5,558.48 | 0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 06/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/03/08 | 7 | Lakefront Corner Inc. | VOID | -285.00 | | 5,273.48 |
| 12/03/08 | 7 | Lakefront Corner, Inc. | | 285.00 | | 5,558.48 |
| 12/03/08 | 6 | Amish Thakker | | 185.00 | | 5,743.48 |
| 12/30/08 | 7 | Lakefront Corner | | 285.00 | | 6,028.48 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.27 | | 6,028.75 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.05 | | 6,028.80 |
| 02/02/09 | 7 | Lakefront Corner Inc. | | 285.00 | | 6,313.80 |
| 02/04/09 | 7 | Lakefront Corner, Inc. | | 285.00 | | 6,598.80 |
| 02/27/09 | 7 | Lakefront Corner Inc. | | 285.00 | | 6,883.80 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.05 | | 6,883.85 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.06 | | 6,883.91 |
| 04/01/09 | 7 | Lakefront Corner, Inc. | | 285.00 | | 7,168.91 |
| 04/20/09 | 6 | Amish H. Thakker | February payment | 185.00 | | 7,353.91 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.16 | | 7,354.07 |
| 05/05/09 | 7 | Lakefront Corner Inc. | | 285.00 | | 7,639.07 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.19 | | 7,639.26 |
| 06/09/09 | 7 | Lakefront Corner | | 285.00 | | 7,924.26 |
| 06/30/09 | 7 | Lakefront Corner | Payment | 285.00 | | 8,209.26 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.20 | | 8,209.46 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.21 | | 8,209.67 |
| 08/04/09 | 7 | Lakefront Corner Inc. 3130 North Lake Shore Drive Chicago, IL 60657 | | 285.00 | | 8,494.67 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.22 | | 8,494.89 |
| 09/02/09 | 7 | Lakefront Corner Inc. 3130 North Lake Shore Drive Chicago, IL 60657 | Payment | 285.00 | | 8,779.89 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.22 | | 8,780.11 |
| 10/05/09 | 7 | Lakefront Corner Inc. | Payment | 285.00 | | 9,065.11 |

Page Subtotals  3,506.63  0.00

LFORM2  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 06/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 3130 N. Lake Shore Drive<br>Chicago, IL 60657 | | | | |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.22 | | 9,065.33 |
| 11/04/09 | 7 | Lakefront Corner Inc. | Payment | 285.00 | | 9,350.33 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.24 | | 9,350.57 |
| 12/01/09 | 7 | Lakefront Corner Inc.<br>3130 North Lake Shore Drive<br>Chicago, IL 60657 | Payment | 285.00 | | 9,635.57 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.25 | | 9,635.82 |
| * 01/05/10 | | Lakefront Corner, Inc.<br>3130 North Lake Shore Drive<br>Chicago, IL 60657 | January 2010 payment | 100.00 | | 9,735.82 |
| * 01/05/10 | | Lakefront Corner, Inc.<br>3130 North Lake Shore Drive<br>Chicago, IL 60657 | January 2010 payment | -100.00 | | 9,635.82 |
| 01/05/10 | 7 | Lakefront Corner Inc. | January 2010 payment | 285.00 | | 9,920.82 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.25 | | 9,921.07 |
| 02/04/10 | 7 | Lakefront Corner Inc.<br>3130 North Lake Shore Dr.<br>Chicago, IL 60657 | Payment | 285.00 | | 10,206.07 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.23 | | 10,206.30 |
| 03/09/10 | 7 | Lakefront Corner Inc.<br>3130 North Lake Shore Drive<br>Chicago, IL 60657 | Monthly Payment | 285.00 | | 10,491.30 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.27 | | 10,491.57 |
| 04/28/10 | 7 | Lakefront Corner Inc. | | 285.00 | | 10,776.57 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.26 | | 10,776.83 |
| 05/04/10 | 7 | Lakefront Corner, Inc.<br>3130 North Lake Shore Drive | | 285.00 | | 11,061.83 |

Page Subtotals   1,996.72   0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 07-08912   JBS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 06/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60657 | | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.27 | | 11,062.10 |
| 06/07/10 | 7 | Lakefront Corner Inc | | 285.00 | | 11,347.10 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.29 | | 11,347.39 |
| 07/19/10 | 7 | Lakefront Corner Inc. | | 285.00 | | 11,632.39 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.28 | | 11,632.67 |
| 08/11/10 | 7 | Lakefront Corner Inc. | | 285.00 | | 11,917.67 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.31 | | 11,917.98 |
| 09/09/10 | 7 | Lakefront Corner Inc. | Monthly Payment | 285.00 | | 12,202.98 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.30 | | 12,203.28 |
| 10/11/10 | 7 | Lakefront Corner | | 285.00 | | 12,488.28 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.32 | | 12,488.60 |
| 11/12/10 | 7 | Lakefront Corner | | 285.00 | | 12,773.60 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.31 | | 12,773.91 |
| 12/21/10 | 7 | Lakefront Corner | | 285.00 | | 13,058.91 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.33 | | 13,059.24 |
| 01/18/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 13,344.24 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.34 | | 13,344.58 |
| 02/17/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 13,629.58 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.10 | | 13,629.68 |
| 03/08/11 | 7 | Lakefront Corner Inc | | 285.00 | | 13,914.68 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.12 | | 13,914.80 |
| 04/19/11 | 7 | Lakefront Corner Inc | | 285.00 | | 14,199.80 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.11 | | 14,199.91 |
| 05/10/11 | 7 | Lakewood Corner Inc. | | 285.00 | | 14,484.91 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.13 | | 14,485.04 |
| 06/16/11 | 7 | Lakefront Corner | | 285.00 | | 14,770.04 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.12 | | 14,770.16 |

Page Subtotals    3,708.33    0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 06/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 15,055.16 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.12 | | 15,055.28 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.14 | | 15,055.42 |
| 09/19/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 15,340.42 |
| 09/27/11 | 6 | Citibank/Amish H. Thakker BK#07-08912, ADV. No: 07-00919 | | 2,295.12 | | 17,635.54 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.13 | | 17,635.67 |
| 10/18/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 17,920.67 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.15 | | 17,920.82 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 22.61 | 17,898.21 |
| 11/02/11 | 7 | Lakefront Cornern, Inc. | | 285.00 | | 18,183.21 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.15 | | 18,183.36 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 22.39 | 18,160.97 |
| 12/09/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 18,445.97 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.15 | | 18,446.12 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 22.61 | 18,423.51 |
| 01/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.08 | | 18,423.59 |
| 01/18/12 | | Transfer to Acct #*******3655 | Bank Funds Transfer | | 18,423.59 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 1,321.18 | COLUMN TOTALS | 18,491.20 | 18,491.20 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 18,423.59 | |
| | | Subtotal | 18,491.20 | 67.61 | |
| Memo Allocation Net: | 1,321.18 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 18,491.20 | 67.61 | |

Page Subtotals  3,721.04  18,491.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit B

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3655 Checking Account |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 06/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******6070 | Bank Funds Transfer | 18,423.59 | | 18,423.59 |
| 02/07/12 | 003001 | INTERNATIONAL SURETIES, LTD. | | | 19.56 | 18,404.03 |
| 02/14/12 | 7 | Lakefront Corner Inc. | | 100.00 | | 18,504.03 |
| 03/09/12 | 7 | Lakefront Corner Inc. | | 100.00 | | 18,604.03 |
| 04/10/12 | 7 | Lakefront Corner | | 100.00 | | 18,704.03 |
| 05/11/12 | 7 | Lakefront Corner Inc. | | 100.00 | | 18,804.03 |
| 06/21/12 | 7 | Lakefront Corner, Inc. | | 100.00 | | 18,904.03 |
| 08/17/12 | 7 | Lakefront Corner Inc | Final Settlement of Lakefront Note | 1,688.51 | | 20,592.54 |
| 09/05/12 | 6 | Lakefront Corner Inc. | Payment on Promissory Note (Thakker | 285.00 | | 20,877.54 |
| 10/01/12 | 6 | Rahi Gurung | Payment on Thakker Promissory Note | 250.00 | | 21,127.54 |
| 10/16/12 | 6 | Amish Thakker | Payment on Promissory Note | 250.00 | | 21,377.54 |
| 11/20/12 | 6 | Amish Thakker | | 200.00 | | 21,577.54 |
| 12/12/12 | 6 | Amish Thakker | Payment on Promissory note (Thakke) | 200.00 | | 21,777.54 |
| 03/08/13 | | Congressional Bank | Bank Charges | | 20.88 | 21,756.66 |
| * 03/08/13 | | Congressional Bank | Bank Charges | | 20.88 | 21,735.78 |
| 03/11/13 | 6 | Amish Thakker | Payment on Promissory Note | 200.00 | | 21,935.78 |
| * 03/27/13 | | Reverses Adjustment OUT on 03/08/13 | Bank Charges Duplicate | | -20.88 | 21,956.66 |
| 04/08/13 | 6 | DLA Piper | Final Garnishment | 3,144.78 | | 25,101.44 |
| 04/08/13 | 003002 | Rahi Gurung | Overpayment of asset | | 200.00 | 24,901.44 |
| 04/22/13 | | Congressional Bank | Bank Charges | | 23.24 | 24,878.20 |
| 06/04/13 | | Congressional Bank | Bank Charges | | 26.41 | 24,851.79 |

Page Subtotals  25,141.88   290.09

LFORM2  UST Form 101-7-TFR (5/1/2011) (Page: 9)                                                       Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-08912 JBS | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3655 Checking Account |
| Taxpayer ID No: | *******1262 | | |
| For Period Ending: | 06/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 25,141.88 | 290.09 | 24,851.79 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 18,423.59 | 0.00 | |
| | | | Subtotal | 6,718.29 | 290.09 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 200.00 | |
| | | | Net | 6,718.29 | 90.09 | |
| | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 1,321.18 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - ********6070 | 18,491.20 | 67.61 | 0.00 |
| | | | Checking Account - ********3655 | 6,718.29 | 90.09 | 24,851.79 |
| | Total Memo Allocation Net: | 1,321.18 | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 25,209.49 | 157.70 | 24,851.79 |
| | | | | ============== | ============== | ============== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: June 12, 2013 |

Case Number: 07-08912
Debtor Name: SWANSON, ERIC E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | DLA Piper (US) | Administrative | | $14,573.69 | $0.00 | $14,573.69 |
| 000004B<br>999<br>2820-00 | Illinois Department of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60506 | Administrative | | $1,221.03 | $0.00 | $1,221.03 |
| 000010B<br>050<br>4300-00 | Department of Treasury Internal<br>Revenue Service<br>Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | Secured | | $9,123.25 | $0.00 | $9,123.25 |
| 000002<br>070<br>7100-00 | Recovery Management Systems<br>Corporation<br>For YESSG I<br>As Assignee of HOUSEHOLD BANK<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | Unsecured | | $2,291.33 | $0.00 | $2,291.33 |
| 000003<br>070<br>7100-00 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $6,193.83 | $0.00 | $6,193.83 |
| 000004A<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60506 | Unsecured | | $118.50 | $0.00 | $118.50 |
| 000005<br>070<br>7100-00 | Chase Bank USA<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978 | Unsecured | | $9,528.39 | $0.00 | $9,528.39 |
| 000006<br>070<br>7100-00 | Kessler Orlean Silver & Co.<br>1101 Lake Cook Rd., Suite C<br>Deerfield, IL 60015 | Unsecured | | $1,518.30 | $0.00 | $1,518.30 |
| 000007<br>070<br>7100-00 | World Financial Network National Bank<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978 | Unsecured | | $1,284.20 | $0.00 | $1,284.20 |
| 000008<br>070<br>7100-00 | US BANK NA/ RETAIL PAYMENT<br>SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Unsecured | | $11,235.28 | $0.00 | $11,235.28 |
| 000009<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave | Unsecured | | $8,235.25 | $0.00 | $8,235.25 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 12, 2013 |

Case Number: 07-08912  
Debtor Name: SWANSON, ERIC E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Wilkes-Barre, PA 18706 | | | | | |
| 000010A 070 7100-00 | Department of Treasury Internal Revenue Service Centralized Insolvency PO Box 21126 Philadelphia, PA 19114 | Unsecured | | $702.70 | $0.00 | $702.70 |
| 000011 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $24,952.00 | $0.00 | $24,952.00 |
| 000012 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $7,437.85 | $0.00 | $7,437.85 |
| 000013 070 7100-00 | National City P.O. Box 94982 Cleveland, OH 44101 | Unsecured | | $9,876.31 | $0.00 | $9,876.31 |
| | Case Totals: | | | $108,291.91 | $0.00 | $108,291.91 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-08912
Case Name: SWANSON, ERIC E.
Trustee Name: PHILIP V. MARTINO

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010B | Department of Treasury Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: DLA Piper (US) | $ | $ | $ |
| Attorney for Trustee Expenses: DLA Piper (US) | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Recovery Management Systems Corporation | $ | $ | $ |
| 000003 | Discover Bank/DFS Services LLC | $ | $ | $ |
| 000004A | Illinois Department of Revenue | $ | $ | $ |
| 000005 | Chase Bank USA | $ | $ | $ |
| 000006 | Kessler Orlean Silver & Co. | $ | $ | $ |
| 000007 | World Financial Network National Bank | $ | $ | $ |
| 000008 | US BANK NA/ RETAIL PAYMENT SOLUTIONS | $ | $ | $ |
| 000009 | Sallie Mae | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010A | Department of Treasury Internal Revenue Service | $ | $ | $ |
| 000011 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000012 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000013 | National City | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE