UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 07-08912 |
| **ERIC E. SWANSON**, | ) | Judge Jack B. Schmetterer |
| | ) | |
| **Debtor**. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND COSTS FOR DLA PIPER LLP (US),
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE
FOR THE BANKRUPTCY ESTATE OF ERIC E. SWANSON**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy
Code, requests this Court to enter an order authorizing payment by Trustee to DLA Piper LLP
(US) ("**DLA Piper**"), attorneys for Trustee, of compensation in the amount of $13,837.50 (net of
a voluntary reduction of almost $24,000 as described below) for 114.4 hours of legal services
rendered to Trustee from August 29, 2007 to May 7, 2013 incurred real and necessary costs in
the amount of $736.19.

In support of this Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1.     On May 16, 2007, Debtor filed a chapter 7 petition to initiate the above-captioned
bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2.     On September 14, 2007, Trustee filed his initial report of assets.

3.     Debtor's Schedule B reflected two promissory notes ("**Notes**"), one for
$10,000.00 and one for $15,000.00 and both carrying a 5% interest annually.

4.     Trustee is currently holding approximately $24,878.20 in his Trustee bank
account for this matter.

5.      On September 27, 2007, this Court entered an order allowing Trustee to employ DLA Piper LLP (US) as his attorney, retroactive to August 29, 2007.

6.      As of Trustee's appointment, both Notes were in default.  Trustee negotiated a repayment of the Notes by each party in the amount of $283.07 per month beginning on March 1, 2007 for the $15,000.00 Note (owed by Lakefront Corner, Inc., guaranteed by Rahi Gurung ("**Lakefront**")) in the amount of $283.07 per month beginning on March 1, 2007, and for the $10,000.00 Note (owed by Amish Thakker and Rahi Gurung ("**Thakker**")) in the amount of $188.71 per month beginning on March 1, 2007.

7.      Soon, the Notes were in default and on or about September 25, 2007, Trustee instructed DLA to file complaints against Lakefront and Thakker for failure to make the required monthly payments.

8.      The parties reached a settlement, which this Court approved on October 23, 2008.

9.      Lakefront continued to make payments on the $15,000 Note as promised; however, Thakker did not make timely payments on the $10,000 Note and Trustee instructed DLA to file a garnishment against Rahi Gurung's paycheck.

10.     Trustee received final payment on the $10,000 Note on or about April 8, 2013. Had Lakefront and Thakker made their payments timely, the final payment would have been made on or before January of 2012.

11.     Due to the failure of Lakefront and Thakker to cooperate with the repayment of the Notes, Trustee was forced to repeatedly resort to Court intervention, thereby costing the estate more money than was expected to realize on the Notes.  Due to the non cooperation of Lakefront to a lesser extent and Thakker almost from the beginning, this bankruptcy case is now

2

administratively insolvent.  Further complicating the situation is the departure of not one, but two associates who had been handling the collection litigation.

12.     All professional services for which compensation is requested herein were performed by DLA Piper and on behalf of the Trustee and not for or on behalf of any creditor or any other person.

**NATURE OF LEGAL SERVICES PERFORMED BY
DLA PIPER LLP (US)**

13.     DLA Piper has devoted its time to legal matters in this case, including the following:

**A.  EMPLOYMENT OF PROFESSIONAL PERSONS**

14.     DLA Piper prepared, drafted and obtained court approval to retain DLA Piper as Trustee's attorney.  In connection with these matters, DLA Piper expended 1.2 hours for which it requests compensation of $360.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).**  The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Eric E. Walker | 1.20 |

**B.  LIQUIDATION OF ASSETS**

15.     In connection with the collection of the Notes, DLA attorneys prepared complaints against the makers and guarantors; prepared affidavits, responses to Defendants' briefs and motions to dismiss, and prepared a summary judgment motion, and memoranda in support and reply;  because of Defendants' default on the settlement agreement, DLA attorneys researched and brought suit to enforce the cross default language of the settlement agreement and call both Notes; DLA also pursued other avenues to force payment of the promissory notes,

3

resulting in garnishment of bank accounts and wages.  As stated before, due to a turnover of personnel, three attorneys had primary responsibility in this litigation.  Also, given the financial position of the parties, the several years of litigation that already had occurred, and the desire to close this estate, Trustee directed DLA not to seek a judgment for its attorneys fees incurred in collecting the Notes  In connection therewith, DLA attorneys expended 102.9 hours for which it normally would request compensation of $43,680.50.  Given the results, however, DLA reduces that request to $10,000.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 2.1 |
| Deborah M. Gutfeld | 23.5 |
| James R. Irving | 29.2 |
| Eric E. Walker | 48.1 |

### C.  GENERAL REPRESENTATION

16.     As indicated above, this bankruptcy revolved around the repayment of two Notes, which if paid timely, would have been repaid over a year ago and would not have incurred the expenses of filing complaints, garnishments, and extra court appearances by DLA attorneys. DLA prepared, drafted and obtained court approval of the settlements of the Notes.   In connection therewith, DLA Piper expended 10.3 hours and for which it requests compensation of $3,477.50.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| James R. Irving | 10.3 |

QB\21101464.1

## D.  COSTS

In connection with the representation of Trustee, DLA attorneys incurred certain and necessary expenses, including filing fees and delivery services, in the amount of $736.19, for which it requests reimbursement.  An itemized breakdown of those costs is attached hereto as **Exhibit B**.

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

17.    Since August 29, 2007, DLA Piper has devoted 114.4 hours to represent the Trustee, and has provided this estate with actual and necessary legal services worth $47,518.00 (for which it seeks compensation of $13,837.50) and real and necessary costs in the amount of $736.19.

18.    Attached as **Exhibit C** is a biographical sketch (including billing rates) of the DLA Piper personnel who performed services on this matter during the term of this Application. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A.    Authorizing to DLA Piper (US) compensation in this bankruptcy proceeding in the amount of $13,837.50 for actual, necessary and valuable professional services rendered;

B.    Authorizing to DLA Piper (US) reimbursement for real and necessary costs in the amount of $736.19; and

B.    For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:    /s/Philip V. Martino
       Trustee

Philip V. Martino (ARDC #06183648)
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

5

QB\21101464.1

 **DLA PIPER**

**DLA Piper LLP (US)**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

ERIC E. SWANSON, Philip V. Martino Trust
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL  60601 USA

May 17, 2013

J. Irving
Matter # 366032-000002
Invoice # 2858444

---

*For Professional Services Through **April 30, 2013***:

Client:   ***ERIC E. SWANSON, Philip V. Martino Trustee
for Chapter 7 Bankruptcy***
Matter:   ***Professional Retention***

| | | |
|---|---|---|
| Current Fees | $ | 360.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 360.00 |

---

Please send remittance to:            DLA Piper LLP (US)
P.O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:                M&T Bank                                *To ensure proper credit, please indicate the*
25 South Charles Street, 18th Floor     *invoice number you are paying on the wire*
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code:  MANTUS33INT
Law Firm Tax Identification Number:     52-0616490



Matter #  366032-000002
Invoice # 2858444

J. Irving
Page: 2
May 17, 2013

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 08/31/07 | Review motion to retain counsel. | Walker, Eric E. | 0.20 |
| 09/17/07 | Review and revise motion to retain DLA Piper. | Walker, Eric E. | 0.40 |
| 09/27/07 | Prepare for and attend hearing on retention of DLA Piper to represent Trustee. | Walker, Eric E. | 0.60 |

**Total Hours** 1.20

**Total Fees** $360.00

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Walker, Eric E. | Associate | 1.20 | 300.00 | 360.00 |
| Totals | | 1.20 | | 360.00 |

**Total Current Charges**  $        360.00

EXHIBIT A(1)

 **DLA PIPER**

**DLA Piper LLP (US)**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

ERIC E. SWANSON, Philip V. Martino Trust
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL  60601 USA

May 17, 2013

J. Irving
Matter # 366032-000003
Invoice # 2858443

*For Professional Services Through* **April 30, 2013**:

*Client:*  **ERIC E. SWANSON, Philip V. Martino Trustee for Chapter 7 Bankruptcy**

*Matter:*  **Liquidation of Assets**

| | | |
|---|---|---|
| Current Fees | $ | 43,680.50 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 43,680.50 |

Please send remittance to:   DLA Piper LLP (US)
P.O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:   M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:   52-0616490

EXHIBIT A(2)



**DLA PIPER**

J. Irving
Page: 2

Matter # 366032-000003
Invoice # 2858443                                                                May 17, 2013

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 08/31/07 | Draft complaint to recover funds from promissory notes. | Walker, Eric E. | 1.10 |
| 09/17/07 | Draft complaints to recover on two promissory notes. | Walker, Eric E. | 2.80 |
| 09/18/07 | Revise promissory note complaints to include guarantor liability. | Walker, Eric E. | 2.50 |
| 09/20/07 | Revise promissory note complaints. | Walker, Eric E. | 0.60 |
| 09/20/07 | Review and revise complaints (.2); conference with Walker regarding same (.1). | Martino, Philip V. | 0.30 |
| 09/24/07 | Revise complaints on promissory notes. | Walker, Eric E. | 1.10 |
| 09/25/07 | File and serve complaints to collect on promissory notes. | Walker, Eric E. | 1.40 |
| 09/28/07 | E-mail with P. Martino regarding voicemail from Thakker about the complaint. | Walker, Eric E. | 0.20 |
| 10/01/07 | Call Thakker regarding complaint on promissory note. | Walker, Eric E. | 0.20 |
| 10/11/07 | Review correspondence from Thakker. | Walker, Eric E. | 0.20 |
| 10/25/07 | Conference with B. Audette regarding regarding-issuing summons; conference with court regarding same; draft, file and serve notice of rescheduled hearing. | Walker, Eric E. | 1.10 |
| 10/29/07 | Draft Trustee affidavits for default in adversary proceedings. | Walker, Eric E. | 1.20 |
| 10/30/07 | Draft and revise affidavits; conference with P. Martino regarding same; draft default motion, proposed findings of fact and conclusions of law and orders. | Walker, Eric E. | 2.10 |
| 10/31/07 | Draft, revise and file default motions and orders in adversary cases on promissory notes. | Walker, Eric E. | 2.10 |
| 11/05/07 | Review defendants response to motion for default. | Walker, Eric E. | 0.30 |
| 11/06/07 | Review response to default motions in adversary cases; discuss same with P. Martino; research section 544 and UCC regarding holder in due course; attend hearing on default motions; update P. Martino regarding same. | Walker, Eric E. | 3.00 |
| 11/23/07 | Review motion to dismiss filed by defendants in adversary case and correspondence from P. Martino regarding same. | Walker, Eric E. | 0.60 |
| 11/25/07 | Review defendants' motion to dismiss; correspond with P. Martino regarding same. | Walker, Eric E. | 0.60 |


**DLA PIPER**

Matter # 366032-000003
Invoice # 2858443

J. Irving
Page: 3
May 17, 2013

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/26/07 | Prepare for hearing on motion to dismiss adversary cases; perform legal research regarding same; attend hearing regarding same; conference with P. Martino regarding hearing. | Walker, Eric E. | 3.80 |
| 11/28/07 | Review and revise draft order regarding briefing schedule for motion to dismiss; correspond with P. Martino regarding same. | Walker, Eric E. | 0.60 |
| 11/29/07 | Send draft order to opposing counsel; conference regarding same. | Walker, Eric E. | 0.20 |
| 11/30/07 | Correspondence with defendants' counsel and court regarding submission of draft order and hearing. | Walker, Eric E. | 0.20 |
| 12/03/07 | Review and file correspondence from Defendant's counsel; review and file Court Order regarding Motion to Dismiss. | Walker, Eric E. | 0.20 |
| 12/12/07 | Perform legal research regarding Trustee as Bona Fide Purchaser under Section 544(a). | Walker, Eric E. | 0.30 |
| 12/18/07 | Review Brief submitted by defendants; conference with P. Martino regarding same; conference with Debtor's counsel regarding affidavit. | Walker, Eric E. | 0.80 |
| 12/18/07 | Review summary judgment papers (.3); conference with Walker regarding strategy, affidavit and cross motion (.2). | Martino, Philip V. | 0.50 |
| 12/19/07 | Draft Swanson affidavit; send same to Swanson for signature. | Walker, Eric E. | 0.90 |
| 12/20/07 | Conference with Debtor; revise and send affidavits; draft response and cross motion for summary judgment. | Walker, Eric E. | 5.30 |
| 12/21/07 | Draft Statement of Facts for Summary Judgment Motion. | Walker, Eric E. | 1.70 |
| 12/28/07 | Revise and prepare to file summary judgment pleadings. | Walker, Eric E. | 2.70 |
| 01/11/08 | Review Defendant's Reply to Motion for Summary Judgment (.40); conference with P. Martino regarding same (.10). | Walker, Eric E. | 0.50 |
| 01/15/08 | Prepare for hearing on summary judgment on promissory notes (.10); attend same (.90). | Walker, Eric E. | 1.00 |
| 02/13/08 | Review Defendant's response to Trustee's motion for summary judgment. | Walker, Eric E. | 1.10 |
| 02/14/08 | Research impact of self serving affidavit on summary judgment motion. | Walker, Eric E. | 1.00 |
| 02/20/08 | Draft reply in support of Trustee's Motion for Summary | Walker, Eric E. | 2.30 |



DLA PIPER

J. Irving
Page: 4

Matter # 366032-000003
Invoice # 2858443
May 17, 2013

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | Judgment in Adversary Proceedings. | | |
| 02/21/08 | Revise reply to adversaries to incorporate P. Martino comments (.80); file and serve same (.20). | Walker, Eric E. | 1.00 |
| 03/06/08 | Prepare argument for summary judgment hearing (.40); attend same (2.0). | Walker, Eric E. | 2.40 |
| 04/03/08 | Review court's opinions on summary judgment. | Martino, Philip V. | 0.20 |
| 04/08/08 | Draft motions to deposit checks. | Walker, Eric E. | 1.00 |
| 04/09/08 | Review and revise motion to cash checks. | Martino, Philip V. | 0.10 |
| 04/09/08 | Review correspondence and various Motion to Deposit Payments (Swanson/Thakker, Swanson/Lakefront) (.4); correspondence with P. Martino and E. Walker regarding same (.1). | Gutfeld, Deborah M. | 0.50 |
| 04/17/08 | Prepare for and attend hearing on Motion to Deposit Payments Without Prejudice and Motion to Withdraw as Counsel for Defendants (1.60); correspondence with P. Martino regarding same (.10). | Gutfeld, Deborah M. | 1.70 |
| 04/24/08 | Correspond with P. Martino regarding proposed settlement and related issues for status hearing. | Gutfeld, Deborah M. | 0.20 |
| 05/06/08 | Conference with A. Thakker regarding settlement proposal and related issues (.30); attend court hearing regarding Motion to Withdraw and Motion to Deposit Funds (1.0). | Gutfeld, Deborah M. | 1.30 |
| 05/27/08 | Prepare for and attend lengthy hearing regarding Motion to Deposit Checks and related issues (1.0); t/c with R. Reizner regarding hearing and proposed settlement (.2); t/c and corr. with P. Martino regarding same (.2); review transcript re: objection to Motion to Deposit Checks (.2); corr. with P. Martino re: same (.1). | Gutfeld, Deborah M. | 1.70 |
| 06/10/08 | Attend lengthy hearing regarding Motion to Deposit Checks and status of litigation (1.1); conf. with P. Martino re: same (.1); corr. with R. Reizner regarding same (.2). | Gutfeld, Deborah M. | 1.40 |
| 06/13/08 | E-mail and call to Defendants attorney regarding delinquent payment and settlement. | Martino, Philip V. | 0.30 |
| 06/13/08 | Multiple corr. with P. Martino and R. Reizner re: settlement offer and status of delinquent payments (.5); t/c with R. Reizner regarding same (.2). | Gutfeld, Deborah M. | 0.70 |
| 06/20/08 | Review correspondence regarding proposed settlement and related issues. | Gutfeld, Deborah M. | 0.30 |



J. Irving
Page: 5
May 17, 2013

Matter # 366032-000003
Invoice # 2858443

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 06/25/08 | Multiple correspondence with R. Reizner and P. Martino regarding proposed settlement terms, status hearing and Motion to Compromise (.6); correspondence with D. Pivnick regarding status hearing (.2). | Gutfeld, Deborah M. | 0.80 |
| 06/26/08 | T/c with R. Reizner regarding settlement proposal and status (.3); review answer and corr. with R. Reizner re: same (.2); attend status hearing and various corr. with P. Martino regarding same (.7). | Gutfeld, Deborah M. | 1.20 |
| 06/30/08 | Multiple corr. with P. Martino and R. Reizner regarding returned checks (monthly payments) and settlement issues. | Gutfeld, Deborah M. | 0.40 |
| 07/14/08 | Multiple correspondence with P. Martino and C. Greer regarding settlement payments/defaults (Thakker and Lakefront Corner). | Gutfeld, Deborah M. | 0.30 |
| 07/25/08 | Review correspondence from P. Martino regarding status of settlement payments/default and strategy. | Gutfeld, Deborah M. | 0.30 |
| 07/30/08 | Conference with Mr. Thakker regarding delinquent checks and partial settlement (.1); conference with Gutfeld regarding same and report to court (.1). | Martino, Philip V. | 0.20 |
| 07/30/08 | Review multiple correspondence regarding settlement payments and review notes in connection with same. | Gutfeld, Deborah M. | 0.40 |
| 07/31/08 | Attend lengthy court hearing regarding status/settlement (1.8); correspondence with P. Martino regarding same (.1). | Gutfeld, Deborah M. | 1.90 |
| 08/21/08 | Review and revise applications to compromise. | Martino, Philip V. | 0.20 |
| 09/08/08 | Correspondence with P. Martino regarding status of settlement negotiations (Thakker/Gurung/Lakefront Corner) (.2); correspondence with R. Reiz regarding same and hearing on Motion to Compromise (.2). | Gutfeld, Deborah M. | 0.40 |
| 09/11/08 | Attend lengthy court hearing regarding Motion to Compromise (adversary proceedings) (1.0); correspondence with R. Reiz regarding Settlement Agreement (.20). | Gutfeld, Deborah M. | 1.20 |
| 09/18/08 | Attend hearing regarding Motion to Compromise (.8); correspond with P. Martino and R. Reiz regarding Settlement Agreement (.2); revise same based on P. Martino comments (.3). | Gutfeld, Deborah M. | 1.30 |
| 10/02/08 | Attend court hearing regarding: settlement agreement (Swanson) and correspond with R. Reizner and P. Martino regarding same. | Gutfeld, Deborah M. | 1.10 |
| 10/03/08 | Correspondence with R. Reizner and P. Martino regarding | Gutfeld, Deborah M. | 0.30 |



DLA PIPER

J. Irving
Page: 6
May 17, 2013

Matter # 366032-000003
Invoice # 2858443

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | settlement agreement. | | |
| 10/23/08 | Attend lengthy status hearing regarding motion to settle/settlement agreement (Thakker/Lakefront Corner) and corr. with R. Reizner and P. Martino regarding same (1.4). | Gutfeld, Deborah M. | 1.40 |
| 10/24/08 | Corr. with P. Martino regarding Agreed Orders closing adversary cases; draft Agreed Orders. | Gutfeld, Deborah M. | 0.50 |
| 10/29/08 | Correspond with. R. Reizner and P. Martino regarding Agreed Orders (closing cases). | Gutfeld, Deborah M. | 0.30 |
| 10/30/08 | Attend hearing regarding entry of Agreed Order (close cases). | Gutfeld, Deborah M. | 0.60 |
| 11/04/08 | Corr. with P. Martino regarding default (Thakker/Lakefront) and strategy (motion for judgment) (.2); prepare corr. to R. Reizner regarding same (.2). | Gutfeld, Deborah M. | 0.40 |
| 11/06/08 | Multiple correspondence with R. Reizner regarding payment default. | Gutfeld, Deborah M. | 0.40 |
| 11/10/08 | Multiple correspondence with R. Reizner regarding default on settlement payments and Motion for Entry of Judgment (.40); prepare draft Motion (.60). | Gutfeld, Deborah M. | 1.00 |
| 11/19/08 | Multiple correspondence with R. Reizner regarding default (.30); conference with P. Martino and C. Greer regarding same (.20); review spreadsheet regarding payments (.10). | Gutfeld, Deborah M. | 0.60 |
| 11/26/08 | Correspondence with C. Greer regarding loan/settlement payments (A. Thakker). | Gutfeld, Deborah M. | 0.20 |
| 12/02/08 | Multiple conferences with P. Martino and C. Greer regarding notice of default and summary of payment receipts (.40); review spreadsheet of payments and correspondence with R. Reizner regarding same (.30). | Gutfeld, Deborah M. | 0.70 |
| 01/29/09 | Correspondence with Mr. A. Thakker regarding check. | Irving, James R. | 0.10 |
| 07/07/09 | Revise motion for judgments. | Martino, Philip V. | 0.30 |
| 03/17/10 | Conference with C. Soberinski regarding motion for default in adversary case. | Irving, James R. | 0.20 |
| 05/03/10 | Conference and correspondence with C. Greer regarding status of Swanson case and adversary proceedings. | Irving, James R. | 0.20 |
| 01/24/11 | Swanson - Thakker: Draft Motion to reopen bankruptcy case. | Irving, James R. | 1.00 |
| 01/28/11 | Draft and revise Motion for Default Judgment (1.2); | Irving, James R. | 1.40 |



J. Irving
Matter # 366032-000003                                                                                            Page: 7
Invoice # 2858443                                                                                              May 17, 2013

| **Date** | **Description** | **Timekeeper** | **Hours** |
|---|---|---|---|
|  | correspondence with P. Martino regarding the same (.2). |  |  |
| 01/31/11 | Swanson - Thakker - Finalize, file and serve motions to reopen case and for default judgment; review affidavit from P. Martino; correspondence regarding the same. | Irving, James R. | 1.00 |
| 02/08/11 | Swanson - Prepare for and attend hearing on Motion to Reopen Case and Motion for Default Judgment. | Irving, James R. | 1.30 |
| 02/28/11 | Swanson - Review files for bank account information and conference with C. Greer regarding the same. | Irving, James R. | 0.20 |
| 03/08/11 | Prepare for and attend hearing in Martino v. Thakker. | Irving, James R. | 2.00 |
| 03/11/11 | Attend to garnishment of Thakker. | Irving, James R. | 0.30 |
| 03/25/11 | Attend to garnishment in Thakker. | Irving, James R. | 0.30 |
| 04/04/11 | Attend to service of garnishment notice. | Irving, James R. | 0.20 |
| 04/07/11 | Thakker - conference with Thakker regarding garnishment. | Irving, James R. | 0.30 |
| 04/08/11 | Thakker - conference with A. Thakker, T. Tuohy and Citibank regarding garnishment. | Irving, James R. | 1.10 |
| 04/09/11 | Thakker - Correspondence with A. Thakker's attorney T. Tuohy regarding garnishment. | Irving, James R. | 0.20 |
| 04/11/11 | Martino v. Thakker - Conference and correspondence with Mr. Thakker and his attorneys regarding demand for payment. | Irving, James R. | 0.30 |
| 04/12/11 | Martino v. Thakker - Conference with A. Thakker regarding demand for immediate payment and whether Thakker is represented by T. Tuohy. | Irving, James R. | 0.30 |
| 04/13/11 | Conference and correspondence with A. Thakker and T. Tuohy regarding settlement of Martino v. Thakker. | Irving, James R. | 0.50 |
| 04/18/11 | Thakker - Correspondence with P. Martino regarding case status and judgment amount (.1); follow-up with Chase Bank regarding garnishment notice (.3). | Irving, James R. | 0.40 |
| 04/20/11 | Thakker - conference and correspondence regarding settlement terms. | Irving, James R. | 0.40 |
| 04/29/11 | Thakker - correspondence with Thakker regarding Mr. Martino's settlement offer. | Irving, James R. | 0.20 |
| 04/30/11 | Thakker - Correspondence with A. Thakker regarding settlement demand. | Irving, James R. | 0.20 |
| 05/10/11 | Thakker - conference with A. Thakker regarding settlement. | Irving, James R. | 0.20 |



J. Irving
Page: 8
Matter # 366032-000003
Invoice # 2858443                                                            May 17, 2013

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 05/24/11 | Thakker - Prepare for and attend hearing on motion to vacate judgment (1.1); correspondence with P. Martino regarding the same (.2). | Irving, James R. | 1.30 |
| 05/31/11 | Thakker - Conference and correspondence with A. Thakker rejecting settlement demand. | Irving, James R. | 0.30 |
| 06/09/11 | Thakker - Conference with courtroom deputy regarding case status and schedule (.1); research turnover order (.4); conference with Citibank regarding turnover (.1). | Irving, James R. | 0.60 |
| 02/16/12 | Correspondence with C. Greer and P. Martino regarding collection from Lakefront following default, review settlement agreement regarding the same (.2). | Irving, James R. | 0.20 |
| 04/10/12 | Correspondence with P. Martino regarding next steps. | Irving, James R. | 0.20 |
| 06/08/12 | Conference with Citibank regarding garnishment. | Irving, James R. | 0.20 |
| 06/21/12 | Conference with Citibank to follow-up with garnishment (.2); correspondence with C. Greer and P. Martino regarding amounts owed and case status (.1). | Irving, James R. | 0.30 |
| 07/02/12 | Draft motion to reopen case (.5); draft motion for default judgment (.5); research wage garnishment (.5). | Irving, James R. | 1.50 |
| 07/03/12 | Draft wage garnishment pleadings (1.2); draft motions to reopen case and enter judgment (1.2); correspondence with P. Martino regarding the same (.5). | Irving, James R. | 2.90 |
| 07/05/12 | Draft and file supplemental certificate of service for Motion to Reopen and Motion for Judgment against Lakefront (.4); review wage deduction summons issued by Court (.2); serve wage deduction summons and other wage deduction documents in compliance with applicable Illinois law (.2); follow-up with attorney for Lakefront who has withdrawn appearance (.1). | Irving, James R. | 0.90 |
| 07/06/12 | Conference and correspondence with Trustee and Citibank regarding garnishment of Thakker bank account (.2). | Irving, James R. | 0.20 |
| 07/10/12 | Prepare for and attend hearing on Motion to Reopen and Motion for Default Judgment (1.1); correspondence with P. Martino regarding the outcome of the same (.2); follow-up with Northwestern University regarding wage deduction summons (.1). | Irving, James R. | 1.40 |
| 07/11/12 | Review Northwestern's responses to interrogatories (.2); correspondence and conference with P. Martino and Northwestern regarding the same (.1). | Irving, James R. | 0.30 |



Matter # 366032-000003
Invoice # 2858443

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 08/06/12 | Correspondence with defendant and C. Greer regarding settlement payment (.2). | Irving, James R. | 0.20 |
| 08/13/12 | Correspondence with judgment debtor's girlfriend regarding check and review correspondence from judgment debtor's attorney (.1); review docket regarding hearing on August 16, 2012 (.1). | Irving, James R. | 0.20 |
| 08/14/12 | Conference with judgment debtor's attorney (.2). | Irving, James R. | 0.20 |
| 08/15/12 | Conference and correspondence with judgment debtor's girlfriend and trustee regarding hearing on August 16, 2012 and next steps in case (.5); prepare for hearing (.2). | Irving, James R. | 0.70 |
| 08/16/12 | Prepare for and attend hearing on Motion to Reopen Case, Motion for Judgment and Wage Deduction Notice (1.3); correspondence and conference with Trustee regarding the same (.2). | Irving, James R. | 1.50 |
| 08/17/12 | Review docket of case (.1); correspondence with C. Greer regarding check (.1). | Irving, James R. | 0.20 |
| 08/23/12 | Draft proposed order regarding wage deduction (.5); attend to filing the same (.2). | Irving, James R. | 0.70 |
| 08/30/12 | Conference with R. Gurung (.2). | Irving, James R. | 0.20 |
| 09/07/12 | Correspondence with P. Martino regarding wage deduction order and Gurung settlement offer (.2). | Irving, James R. | 0.20 |
| 01/28/13 | Conference and correspondence with C. Greer and P. Martino regarding next status hearing and ongoing payments made pursuant to garnishment order. | Irving, James R. | 0.20 |
| 02/14/13 | Prepare for and attend hearing; correspondence with the Trustee regarding the same. | Irving, James R. | 1.00 |
| 02/19/13 | Correspondence with defendants, Trustee and employer regarding judgment amount, payment of judgment and garnishment. | Irving, James R. | 0.60 |
| 03/08/13 | Correspondence with C. Greer regarding garnishment payment made by Northwestern to Trustee. | Irving, James R. | 0.20 |
| 04/01/13 | Conference and correspondence with R. Thakker and Northwestern regarding garnishment. | Irving, James R. | 0.30 |
| 04/03/13 | Correspondence with C. Greer regarding garnishment and possible overpayment. | Irving, James R. | 0.20 |
| | **Total Hours** | | **102.90** |


**DLA PIPER**

| Total Fees | $43,680.50 |
|---|---|

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Martino, Philip V. | Partner | 1.30 | 665.00 | 864.50 |
| Martino, Philip V. | Partner | 0.80 | 590.00 | 472.00 |
| Irving, James R. | Associate | 2.50 | 600.00 | 1,500.00 |
| Irving, James R. | Associate | 11.30 | 545.00 | 6,158.50 |
| Gutfeld, Deborah M. | Associate | 23.50 | 540.00 | 12,690.00 |
| Irving, James R. | Associate | 0.90 | 510.00 | 459.00 |
| Irving, James R. | Associate | 14.00 | 450.00 | 6,300.00 |
| Irving, James R. | Associate | 0.40 | 390.00 | 156.00 |
| Walker, Eric E. | Associate | 10.30 | 360.00 | 3,708.00 |
| Irving, James R. | Associate | 0.10 | 325.00 | 32.50 |
| Walker, Eric E. | Associate | 37.80 | 300.00 | 11,340.00 |
| **Totals** | | **102.90** | | **43,680.50** |

| Total Current Charges | $ | 43,680.50 |
|---|---|---|



DLA Piper LLP (US)
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

ERIC E. SWANSON, Philip V. Martino Trust
DLA Piper US LLP
Suite 1900
203 North LaSalle Street
Chicago, IL  60601 USA

May 17, 2013

J. Irving
Matter # 366032-000020
Invoice # 2858446

---

*For Professional Services Through April 30, 2013*:

Client:    **ERIC E. SWANSON, Philip V. Martino Trustee**
           **for Chapter 7 Bankruptcy**
Matter:    **General**

| | | |
|---|---|---|
| Current Fees | $ | 3,477.50 |
| Current Disbursements | $ | 736.19 |
| Total This Invoice | $ | 4,213.69 |

---

Please send remittance to:          DLA Piper LLP (US)
                                    P.O. Box 64029
                                    Baltimore, MD 21264-4029

Or wire remittance to:              M&T Bank                                *To ensure proper credit, please indicate the*
                                    25 South Charles Street, 18th Floor     *invoice number you are paying on the wire*
                                    Baltimore, MD 21201
                                    Account Name: DLA Piper LLP (US) Operating Account
                                    Account #: 074-8148-5
                                    ABA Transit #: 022000046
                                    Swift Code:  MANTUS33INT
Law Firm Tax Identification Number:  52-0616490

EXHIBIT A(3)


**DLA PIPER**

Matter # 366032-000020
Invoice # 2858446

## Fees:

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 06/30/09 | Review settlement agreement and payments in preparation for arguing that settlemnent agreement has been breached. | Irving, James R. | 0.10 |
| 07/02/09 | Conference with Ms. C. Greer regarding status of case. | Irving, James R. | 0.20 |
| 08/19/09 | Teleconference with Mr. P. Martino regarding status of payments and conference with Ms. P. Brennan regarding the same in preparation for motion (.1). | Irving, James R. | 0.10 |
| 08/20/09 | Corresondence regarding status of payments made by debtor. | Irving, James R. | 0.10 |
| 08/27/09 | Correspondence with C. Sobrenski to "notice up" motion; conference with K. Schmetterer's clerk regarding conflict. | Irving, James R. | 0.50 |
| 09/02/09 | Attend to reopening adversary proceedings for Lakefront and thakker because of their failure to make payments. | Irving, James R. | 0.30 |
| 09/14/09 | Prepare for hearing on motion to reopen adversary cases (.4); attend hearing on motion to reopen adversary cases (1.5); correspondence with Mr. P. Martino re: the same. | Irving, James R. | 2.00 |
| 09/18/09 | Conference with J. Hollis' clerk and P. Brennan re: renoticing motion reopen cases and enter default judgment now that adversary cases have been reassigned. | Irving, James R. | 0.30 |
| 09/21/09 | File motions to reopen Lakefront Corner and Thakker adversaries. | Irving, James R. | 0.20 |
| 10/13/09 | Prepare for and attend hearing on motions to reopen adversary cases (1.6); update P. Martino on outcome of hearing (.2). | Irving, James R. | 1.80 |
| 11/05/09 | Prepare for an attend status hearing (1.5); correspondence with P. Martino regarding outcome of hearings and case status (.2). | Irving, James R. | 1.70 |
| 12/03/09 | Attend status hearing on motion to reopen adversary proceedings. | Irving, James R. | 1.00 |
| 01/19/10 | Draft motion for default judgment, correspondence with P. Martino regarding the same. | Irving, James R. | 0.50 |
| 01/20/10 | Revise motion for default judgment; conference with P. Martino and C. Soberanis regarding interest. | Irving, James R. | 1.40 |



J. Irving

Matter # 366032-000020

Page: 3

Invoice # 2858446

May 17, 2013

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| 02/05/10 | Review docket and case status; left message with C. Soberanis. | Irving, James R. | 0.10 |
| | **Total Hours** | | **10.30** |
| | **Total Fees** | | **$3,477.50** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Irving, James R. | Associate | 2.00 | 390.00 | 780.00 |
| Irving, James R. | Associate | 8.30 | 325.00 | 2,697.50 |
| Totals | | 10.30 | | 3,477.50 |



J. Irving

Matter # 366032-000020
Invoice # 2858446                                                                          May 17, 2013

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 10/01/07 | Filing/Recording Fees - VENDOR: AMERICAN EXPRESS -FILING FEE FOR ADVERSARY COMPLAINTS AGAINST THAKKER & SWANSON | 500.00 |
| 10/25/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Cheryl A. Dennis TO://Amish Thakker//9 41 Belmar Lane//BUFFALO GROVE//IL | 18.24 |
| 10/25/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Cheryl A. Dennis TO://Rahi Gurung//585 5 North Sheridan Road//CHICAGO//IL | 8.10 |
| 10/25/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Cheryl A. Dennis TO://Lakefront Center , Inc.//3130 North Lakeshore Drive//CHICAGO//IL | 18.24 |
| 10/25/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Cheryl A. Dennis TO: Bruce M. Rafalson //Lakefront Corner, Inc.//500 Lake Cook Road//DE ERFIELD//IL | 8.10 |
| 10/31/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Cheryl A. Dennis TO://Amish Thakker//9 41 Belmar Lane//BUFFALO GROVE//IL | 18.24 |
| 10/31/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Cheryl A. Dennis TO://Rahi Gurung//585 5 North Sheridan Road//CHICAGO//IL | 7.71 |
| 10/31/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Cheryl A. Dennis TO://Lakefront Corner , Inc.//3130 North Lakeshore Drive//CHICAGO//IL | 18.24 |
| 10/31/07 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Cheryl A. Dennis TO: c/o Bruce M. Rafa lso//Lakefront Corner, Inc.//500 Lake Cook Road/ /DEERFIELD//IL | 7.71 |
| 07/05/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Colleen Evancich TO: Lakefront Corner, Inc. 3130 North Lakeshore Drive CHICAGO IL | 9.68 |
| 07/05/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Colleen Evancich TO: Rahi Gurung Rahi Gurung 5855 North Sheridan Road CHICAGO IL | 9.68 |
| 07/05/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Colleen Evancich TO: c/o Bruce M. Rafalas Lakefront Corner, Inc. 500 Lake Cook Road DEERFIELD IL | 9.68 |
| 07/05/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: DLA PIPER US LLP TO: Lakefront Corner, Inc. CHICAGO IL | 1.04 |
| 07/07/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: C/O BRUCE M. RAFALAS TO: LAKEFRONT CORNER, INC. 500 LAKE COOK RD DEERFIELD IL | 11.00 |
| 07/18/12 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: c/o Bruce M. Rafalas TO: DLA PIPER US LLP 203 N LA SALLE ST CHICAGO IL | 7.78 |
| 09/13/12 | Delivery Services - VENDOR: CHICAGO'S ON TIME TO ROBIN REIZNER 8700 WAUKEGAN ROAD MORTON GROVE 7/5/2012 | 46.75 |
| 09/13/12 | Delivery Services - VENDOR: CHICAGO'S ON TIME TO JOHN O NOLAND 79 W MONROE 7/5/2012 | 4.80 |
| | Duplicating | 31.20 |

**Total Disbursements**        <u>**$736.19**</u>

EXHIBIT B

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** (PVM) graduated from the American University, Washington, D.C. (B.S. B.A. 1979), and the Syracuse College of Law (J.D. 1982). Mr. Martino was admitted to the Illinois Bar in 1982 and was a partner at DLA Piper LLP (US) until March 2010. Mr. Martino's 2009 hourly billing rate at DLA Piper was $665.00.

**James R. Irving** (JRI) is an associate with the DLA Piper LLP (US) firm, specializing in the bankruptcy department. He graduated from Williams College with a BA in history and received his JD from Vanderbilt University in 2008. Mr. Irving was admitted to the Illinois Bar in 2008. His hourly billing rate for 2009 was $325.00, for 2010 his hourly rate was $390.00; for 2011 it was 450.00per hour; for 2012 it was $510 per hour for January 2012 to June 2012, and $545.00 for June 2012 to December 2012; and for 2013 it is $600.00 per hour.

**Deborah M. Gutfeld** (DMG) was an associate with the DLA Piper LLP (US) firm, specializing in the bankruptcy department. She graduated from Indiana University with a bachelor's degree in 1997 and received her JD from Northwestern University School of Law in 2000. Ms. Gutfeld's hourly billing rate in 2008 was $540.00.

**Eric E. Walker** (EEW) was an associate with DLA Piper LLP (US) firm, specializing in the bankruptcy department. He graduated from Miami University of Ohio in 2000 with a B.S. degree and received his JD from the University of Connecticut in 2006. Mr. Walker's hourly billing rate in 2007 was $300.00 and in 2008 was $360.00.

EXHIBIT C

**STATE OF ILLINOIS**    )
                         ) SS
**COUNTY OF COOK**    )

I, Philip V. Martino, on oath, state as follows:

1.       Until March 26, 2010, I was a partner in the law firm of DLA Piper LLP (US) ("**DLA Piper**") and I am the trustee for the above referenced Debtor.

2.       This affidavit is submitted in support of Trustee's First and Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses for DLA Piper (the "**Application**").

3.       In the ordinary course of DLA Piper's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.       In the ordinary course of DLA Piper's business, the information on the timesheets is optically scanned and entered into DLA Piper's computer system.

5.       In the ordinary course of DLA Piper's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.       In the ordinary course of DLA Piper's business, the billing partner reviews the pro forma.

7.       In the ordinary course of DLA Piper's business, a bill is prepared by computer and sent to the client.

8.       I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

                       EXHIBIT D

9.      I personally reviewed the pro formas for this estate each month prior to my departure, and am familiar with DLA Piper's efforts in connection with the instant bankruptcy proceeding.

10.     I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of DLA Piper's business and it is part of the ordinary course of DLA Piper's business to prepare such documents.

11.     To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I Declare Under Penalty of Perjury
That the Foregoing is True and Correct.

2