JACK B. SCHMETTERER
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re:                          §
                                §
SWANSON, ERIC E.                §    Case No. 07-08912
                                §
           Debtor(s)            §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF THE BANKRUPTCY COURT
　　　　　　　　219 SOUTH DEARBORN STREET, ROOM 713
　　　　　　　　CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/25/2013 in Courtroom 682,
　　　　　　　　United States Bankruptcy Court
　　　　　　　　219 South Dearborn Street
　　　　　　　　Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/12/2013　　　　　　　By: Clerk of the Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| SWANSON, ERIC E. | § | Case No. 07-08912 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 25,209.49 |
| and approved disbursements of | $ | 357.70 |
| leaving a balance on hand of[1] | $ | 24,851.79 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000010B | Department of Treasury Internal Revenue Service | $ 9,123.25 | $ 9,123.25 | $ 0.00 | $ 5,843.12 |
| | Total to be paid to secured creditors | | | $ | 5,843.12 |
| | Remaining Balance | | | $ | 19,008.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: PHILIP V. MARTINO | $ 3,213.95 | $ 0.00 | $ 3,213.95 |
| Attorney for Trustee Fees: DLA Piper (US) | $ 13,837.50 | $ 0.00 | $ 13,837.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: DLA Piper (US) | $ 736.19 | $ 0.00 | $ 736.19 |
| Other: Illinois Department of Revenue | $ 1,221.03 | $ 0.00 | $ 1,221.03 |

Total to be paid for chapter 7 administrative expenses       $       19,008.67

Remaining Balance                                             $            0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,373.94 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Recovery Management Systems Corporation | $ 2,291.33 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank/DFS Services LLC | $ 6,193.83 | $ 0.00 | $ 0.00 |
| 000004A | Illinois Department of Revenue | $ 118.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA | $ 9,528.39 | $ 0.00 | $ 0.00 |
| 000006 | Kessler Orlean Silver & Co. | $ 1,518.30 | $ 0.00 | $ 0.00 |
| 000007 | World Financial Network National Bank | $ 1,284.20 | $ 0.00 | $ 0.00 |
| 000008 | US BANK NA/ RETAIL PAYMENT SOLUTIONS | $ 11,235.28 | $ 0.00 | $ 0.00 |
| 000009 | Sallie Mae | $ 8,235.25 | $ 0.00 | $ 0.00 |
| 000010A | Department of Treasury Internal Revenue Service | $ 702.70 | $ 0.00 | $ 0.00 |
| 000011 | LVNV Funding LLC its successors and assigns as | $ 24,952.00 | $ 0.00 | $ 0.00 |
| 000012 | LVNV Funding LLC its successors and assigns as | $ 7,437.85 | $ 0.00 | $ 0.00 |
| 000013 | National City | $ 9,876.31 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $        0.00

Remaining Balance                                            $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                    Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                           Case No. 07-08912-JBS
Eric E. Swanson                                                  Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 3              Date Rcvd: Jun 14, 2013
                              Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2013.
db           +Eric E. Swanson,    3551 N. Janssen Ave., Apt. 2,     Chicago, IL 60657-1323
aty          +DLA Piper US LLP,    203 N Lasalle Street,,    Ste 1900,    Chicago, IL 60601-1263
11367245     +Bank of America,    PO Box 15027,    Wilmington, DE 19850-5027
11367247    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,      PO Box 85015,    Richmond, VA 23285-5015)
14349576      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11367249      Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
11367248     +Capital One Bank,    c/o GC Services,    PO Box 36347,     Houston, TX 77236-6347
11367250     +Chase,    201 N. Walnut St.,    MAILSTOP DE1-1027,    Wilmington, DE 19801-2920
11367251      Chase,    PO Box 15153,    Wilmington, DE 19850-5153
11367253      Citi,    c/o Citi Corp.,   PO Box 6500,    Sioux Falls, SD 57117-6500
11367254     +Citibank,    c/o National Financial Systems,     600 W. John St, PO Box 9046,
               Hicksville, NY 11801-1051
11367255      Citicards-Classic Mastercard,     c/o Client Services, Inc.,    3451 Harry Truman blvd,
               Saint Charles, MO 63301-4047
11367258     +Discover Financial Services,     c/o Focus Receivables Management,
               1130 Northchase Parkway, Suite 150,     Marietta, GA 30067-6429
11367264      HSBC Bank,    c/o CCB Credit Services,     PO Box 272,    Springfield, IL 62705-0272
11443714      HSBC Bank Nevada NA / HSBC Card Services III,      by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
11367265     +HSBC NV,    PO Box 19360,    Portland, OR 97280-0360
11367266      HSBC-Credit Services,     c/o First Financial Asset Mgmt,    PO Box 18056,
               Hauppauge, NY 11788-8056
11367261     +Harris Bank,    111 W. Monroe St.,    Chicago, IL 60603-4095
11367262     +Harris Bank N.A.,    c/o Blitt & Gaines, P.C.,     661 Glenn Ave.,    Wheeling, IL 60090-6017
11367263     +Harris Kessler & Goldstein, LLC,     640 North LaSalle Street,    Suite 590,
               Chicago, IL 60654-3731
11367267    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Section, Level 7-425,
               100 W. Randolph St.,    Chicago, IL 60506)
11367269      Jerome H. Meyer,    Chicago, IL
11367270     +Kessler Orlean Silver & Co.,     1101 Lake Cook Rd., Suite C,    Deerfield, IL 60015-5233
19927526      Midland Funding LLC,    By its authorized agent Recoser, LLC,     25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
11809498     +National City,    P.O. Box 94982,    Cleveland, OH 44101-4982
11367271     +National City,    1 Cascade Plaza,    Akron, OH 44308-1136
11367273      National City Bankcard,    c/o Encore,    PO Box 3330,    Olathe, KS 66063-3330
11367274     +Phillips & Cohen Associates, Ltd,     258 Chapman Road, Suite 205,    Newark, DE 19702-5444
11367276    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     CB Disputes,    PO Box 108,    Saint Louis, MO 63116)
11660673     +US BANK NA/ RETAIL PAYMENT SOLUTIONS,     PO BOX 5229,    CINCINNATI, OHIO 45201-5229
11367279      WFNNB/Amer,    Tape Reporting Number,    PO Box 182273,    Columbus, OH 43218-2273
11826569      eCAST Settlement Corporation,     POB 35480,   Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13072861     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2013 01:00:29
               AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11367246     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 15 2013 00:55:58      Capital One,
               c/o NCO Financial Systems,     4740 Baxter Rd.,    Virginia Beach, VA 23462-4484
11644539      E-mail/Text: bncmail@w-legal.com Jun 15 2013 00:55:19      Chase Bank USA,
               c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11367256      E-mail/Text: legalcollections@comed.com Jun 15 2013 00:52:45      Commonwealth Edison,
               c/o Torres Credit Services, Inc.,    PO Box 189,    Carlisle, PA 17013-0189
11367257      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2013 01:00:31      Discover Card,    PO Box 15316,
               Wilmington, DE 19850-5316
11367259      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2013 01:00:31      Discover Financial Services,
               PO Box 3008,    New Albany, OH 43054
11620476      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2013 01:00:31
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11367260      E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2013 00:53:30      GMAC,    PO Box 901009,
               Fort Worth, TX 76101-2009
11367268      E-mail/Text: cio.bncmail@irs.gov Jun 15 2013 00:49:18
               Department of Treasury Internal Revenue Service,     Centralized Insolvency,    PO Box 21126,
               Philadelphia, PA 19114
11795677      E-mail/Text: resurgentbknotifications@resurgent.com Jun 15 2013 00:51:18
               LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11461142      E-mail/PDF: rmscedi@recoverycorp.com Jun 15 2013 01:00:24
               Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11615012     +E-mail/PDF: rmscedi@recoverycorp.com Jun 15 2013 00:57:42
               Recovery Management Systems Corporation,     For YESSG I,    As Assignee of HOUSEHOLD BANK,
               25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: dwilliams            Page 2 of 3           Date Rcvd: Jun 14, 2013
                              Form ID: pdf006            Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11367275     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 15 2013 01:00:27      Sallie Mae,    1002 Arthur Drive,
               Lynn Haven, FL 32444-1683
11683600     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 15 2013 00:57:59      Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
11652307      E-mail/Text: bncmail@w-legal.com Jun 15 2013 00:55:19     World Financial Network National Bank,
               c/o Weinstein & Riley, P.S.,,    PO Box 3978,   Seattle, WA 98124-3978
                                                                                             TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11367278*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   Cardmember Service,    PO Box 6335,   Fargo, ND 58125-6335)
11367277*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   PO Box 790084,   Saint Louis, MO 63179-0084)
11367244    ##+Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
11367252    ##Chase Manhattan Bank,    c/o Creditors Interchange,   PO Box 1335,    Buffalo, NY 14240-1335
11367272    ##National City,   Loc#16-0928,   PO Box 182354,   Columbus, OH 43218-2354
                                                                                 TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2013**                            **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams            Page 3 of 3                  Date Rcvd: Jun 14, 2013
                              Form ID: pdf006            Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2013 at the address(es) listed below:
          David M Siegel    on behalf of Debtor Eric E. Swanson davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          Deborah M Gutfeld    on behalf of Plaintiff Philip V Martino dgutfeld@perkinscoie.com,
           docketchi@perkinscoie.com
          Eric E. Walker    on behalf of Plaintiff Philip V Martino eric.walker@dlapiper.com,
           nsaldinger@perkinscoie.com;Docketchi@perkinscoie.com
          James R Irving    on behalf of Plaintiff Philip V Martino jim.irving@dlapiper.com,
           timothy.walsh@dlapiper.com;;lawrence.uchill@dlapiper.com;;william.coleman@dlapiper.com;;jason.kar
           affa@dlapiper.com;;docketingchicag@dlapiper.com
          James R Irving    on behalf of Trustee Philip V Martino, ESQ jim.irving@dlapiper.com,
           timothy.walsh@dlapiper.com;;lawrence.uchill@dlapiper.com;;william.coleman@dlapiper.com;;jason.kar
           affa@dlapiper.com;;docketingchicag@dlapiper.com
          John O. Noland, Jr    on behalf of Defendant   Lakefront Corner, Inc. jnolandjr@comcast.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino, ESQ    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Philip V Martino, ESQ    on behalf of Plaintiff Philip V Martino philip.martino@quarles.com
          Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
          Robin C Reizner    on behalf of Defendant Rahi  Gurung robinreiz@aol.com
          Robin C Reizner    on behalf of Defendant Amish  Thakker robinreiz@aol.com
          Robin C Reizner    on behalf of Defendant   Lakefront Corner, Inc. robinreiz@aol.com
                                                                                                                  TOTAL: 13