JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| SWANSON, ERIC E. | § § § | Case No. 07-08912 |
| Debtor(s) | § | |

**AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/PHILIP V. MARTINO _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rahi Gurung |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010B | DEPARTMENT OF TREASURY INTERNAL REV | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| DLA PIPER (US) | | | | | |
| DLA PIPER (US) | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CHASE BANK USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010A | DEPARTMENT OF TREASURY INTERNAL REV | | | | | |
| 000003 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000006 | KESSLER ORLEAN SILVER & CO. | | | | | |
| 000011 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000012 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000013 | NATIONAL CITY | | | | | |
| 000002 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000009 | SALLIE MAE | | | | | |
| 000008 | US BANK NA/ RETAIL PAYMENT SOLUTION | | | | | |
| 000007 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/1/2016

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-08912 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | | | Date Filed (f) or Converted (c): | 05/16/07 (f) |
| | | | | 341(a) Meeting Date: | 06/21/07 |
| For Period Ending: | 02/07/14 | | | Claims Bar Date: | 12/17/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WASHINGTON MUTUAL | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 2. SECURITY DEPOSIT | 445.00 | 0.00 | | 0.00 | FA |
| 3. T.V./FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 4. NORMAL APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 5. STOCKS STEM CELLS (100 SHARES) | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 6. Promissory note from buyer (Thakker) | 10,000.00 | 10,000.00 | | 10,200.00 | FA |
| 7. Promissory note from buyer (Lakefront) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 8. DOG | 20.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 9. IRS Tax Refund for 12/2005 (u) | 0.00 | 5,843.12 | | 5,843.12 | FA |
| Check received after final distribution | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.49 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $27,465.00 | $30,843.12 | | $31,052.61 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| * 06/12/08 | | Amish Thakker | January Payment | 188.71 | | 188.71 |
| * 06/12/08 | | Amish Thakker | February Payment | 188.71 | | 377.42 |
| 06/12/08 | 7 | Lakefront Corner | JANUARY LOAN PAYMENT | 283.07 | | 660.49 |
| 06/12/08 | 7 | LAKEFRONT CORNER INC. | FEBRUARY LOAN PAYMENT | 283.07 | | 943.56 |
| 06/12/08 | 7 | LAKEFRONT CORNER INC. | MARCH LOAN PAYMENT | 283.07 | | 1,226.63 |
| * 06/12/08 | | AMISH THAKKER | MARCH LOAN PAYMENT | 188.71 | | 1,415.34 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.06 | | 1,415.40 |
| * 07/16/08 | | Amish Thakker | January Payment | -188.71 | | 1,226.69 |
| * 07/16/08 | | Amish Thakker | February Payment | -188.71 | | 1,037.98 |
| * 07/16/08 | | AMISH THAKKER | MARCH LOAN PAYMENT | -188.71 | | 849.27 |
| 07/16/08 | 7 | DLA Piper/Lakefront (Exchange) | April, May and June payments | 849.21 | | 1,698.48 |
| 07/30/08 | | Amish Thakker | | 1,321.18 | | 3,019.66 |
| | 6 | AMISH THAKKER | Memo Amount: 1,321.18 January - July Payments | | | |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.15 | | 3,019.81 |
| 08/18/08 | 6 | DLA Piper Exchange Check for Amish Thakker checks | | 566.14 | | 3,585.95 |
| 08/19/08 | 6 | Amish Thakker/DLA Piper US LLP | Exchange Check | 188.78 | | 3,774.73 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.39 | | 3,775.12 |
| 09/03/08 | 7 | Lakefront Corner, Inc. | | 283.07 | | 4,058.19 |
| 09/15/08 | 6 | Amish Thakker/DLA Piper | Exchange Check | 189.00 | | 4,247.19 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.50 | | 4,247.69 |
| 10/10/08 | 7 | Lakefront Corner | | 285.00 | | 4,532.69 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.42 | | 4,533.11 |
| * 11/04/08 | 7 | Lakefront Corner Inc. | | 285.00 | | 4,818.11 |
| 11/19/08 | 6 | Amish H. Thakker | payment on loan | 185.00 | | 5,003.11 |
| 11/26/08 | 6 | Amish Thakker | Oct. Nov. December Payments | 555.00 | | 5,558.11 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.37 | | 5,558.48 |
| | | | Page Subtotals | 5,558.48 | 0.00 | |

LFORM2

Ver: 17.05

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08912 | JBS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SWANSON, ERIC E. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******6070 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | | |
| For Period Ending: | 02/07/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/03/08 | 7 | Lakefront Corner Inc. | VOID | -285.00 | | 5,273.48 |
| 12/03/08 | 7 | Lakefront Corner, Inc. | | 285.00 | | 5,558.48 |
| 12/03/08 | 6 | Amish Thakker | | 185.00 | | 5,743.48 |
| 12/30/08 | 7 | Lakefront Corner | | 285.00 | | 6,028.48 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.27 | | 6,028.75 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.05 | | 6,028.80 |
| 02/02/09 | 7 | Lakefront Corner Inc. | | 285.00 | | 6,313.80 |
| 02/04/09 | 7 | Lakefront Corner, Inc. | | 285.00 | | 6,598.80 |
| 02/27/09 | 7 | Lakefront Corner Inc. | | 285.00 | | 6,883.80 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.05 | | 6,883.85 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.06 | | 6,883.91 |
| 04/01/09 | 7 | Lakefront Corner, Inc. | | 285.00 | | 7,168.91 |
| 04/20/09 | 6 | Amish H. Thakker | February payment | 185.00 | | 7,353.91 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.16 | | 7,354.07 |
| 05/05/09 | 7 | Lakefront Corner Inc. | | 285.00 | | 7,639.07 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.19 | | 7,639.26 |
| 06/09/09 | 7 | Lakefront Corner | | 285.00 | | 7,924.26 |
| 06/30/09 | 7 | Lakefront Corner | Payment | 285.00 | | 8,209.26 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.20 | | 8,209.46 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.21 | | 8,209.67 |
| 08/04/09 | 7 | Lakefront Corner Inc. 3130 North Lake Shore Drive Chicago, IL 60657 | | 285.00 | | 8,494.67 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.22 | | 8,494.89 |
| 09/02/09 | 7 | Lakefront Corner Inc. 3130 North Lake Shore Drive Chicago, IL 60657 | Payment | 285.00 | | 8,779.89 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.22 | | 8,780.11 |
| 10/05/09 | 7 | Lakefront Corner Inc. | Payment | 285.00 | | 9,065.11 |
| | | | Page Subtotals | 3,506.63 | 0.00 | |

LFORM2

Ver: 17.05

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 3130 N. Lake Shore Drive Chicago, IL 60657 | | | | |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.22 | | 9,065.33 |
| 11/04/09 | 7 | Lakefront Corner Inc. | Payment | 285.00 | | 9,350.33 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.24 | | 9,350.57 |
| 12/01/09 | 7 | Lakefront Corner Inc. | Payment | 285.00 | | 9,635.57 |
| | | 3130 North Lake Shore Drive Chicago, IL 60657 | | | | |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.25 | | 9,635.82 |
| * 01/05/10 | | Lakefront Corner, Inc. | January 2010 payment | 100.00 | | 9,735.82 |
| | | 3130 North Lake Shore Drive Chicago, IL 60657 | | | | |
| * 01/05/10 | | Lakefront Corner, Inc. | January 2010 payment | -100.00 | | 9,635.82 |
| | | 3130 North Lake Shore Drive Chicago, IL 60657 | | | | |
| 01/05/10 | 7 | Lakefront Corner Inc. | January 2010 payment | 285.00 | | 9,920.82 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.25 | | 9,921.07 |
| 02/04/10 | 7 | Lakefront Corner Inc. | Payment | 285.00 | | 10,206.07 |
| | | 3130 North Lake Shore Dr. Chicago, IL 60657 | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.23 | | 10,206.30 |
| 03/09/10 | 7 | Lakefront Corner Inc. | Monthly Payment | 285.00 | | 10,491.30 |
| | | 3130 North Lake Shore Drive Chicago, IL 60657 | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.27 | | 10,491.57 |
| 04/28/10 | 7 | Lakefront Corner Inc. | | 285.00 | | 10,776.57 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.26 | | 10,776.83 |
| 05/04/10 | 7 | Lakefront Corner, Inc. | | 285.00 | | 11,061.83 |
| | | 3130 North Lake Shore Drive | | | | |

Page Subtotals 1,996.72 0.00

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60657 | | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.27 | | 11,062.10 |
| 06/07/10 | 7 | Lakefront Corner Inc | | 285.00 | | 11,347.10 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.29 | | 11,347.39 |
| 07/19/10 | 7 | Lakefront Corner Inc. | | 285.00 | | 11,632.39 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.28 | | 11,632.67 |
| 08/11/10 | 7 | Lakefront Corner Inc. | | 285.00 | | 11,917.67 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.31 | | 11,917.98 |
| 09/09/10 | 7 | Lakefront Corner Inc. | Monthly Payment | 285.00 | | 12,202.98 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.30 | | 12,203.28 |
| 10/11/10 | 7 | Lakefront Corner | | 285.00 | | 12,488.28 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.32 | | 12,488.60 |
| 11/12/10 | 7 | Lakefront Corner | | 285.00 | | 12,773.60 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.31 | | 12,773.91 |
| 12/21/10 | 7 | Lakefront Corner | | 285.00 | | 13,058.91 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.33 | | 13,059.24 |
| 01/18/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 13,344.24 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.34 | | 13,344.58 |
| 02/17/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 13,629.58 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.10 | | 13,629.68 |
| 03/08/11 | 7 | Lakefront Corner Inc | | 285.00 | | 13,914.68 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.12 | | 13,914.80 |
| 04/19/11 | 7 | Lakefront Corner Inc | | 285.00 | | 14,199.80 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.11 | | 14,199.91 |
| 05/10/11 | 7 | Lakewood Corner Inc. | | 285.00 | | 14,484.91 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.13 | | 14,485.04 |
| 06/16/11 | 7 | Lakefront Corner | | 285.00 | | 14,770.04 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.12 | | 14,770.16 |

Page Subtotals  3,708.33  0.00

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08912  JBS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 15,055.16 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.12 | | 15,055.28 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.14 | | 15,055.42 |
| 09/19/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 15,340.42 |
| 09/27/11 | 6 | Citibank/Amish H. Thakker BK#07-08912, ADV. No: 07-00919 | | 2,295.12 | | 17,635.54 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.13 | | 17,635.67 |
| 10/18/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 17,920.67 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.15 | | 17,920.82 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 22.61 | 17,898.21 |
| 11/02/11 | 7 | Lakefront Cornern, Inc. | | 285.00 | | 18,183.21 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.15 | | 18,183.36 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 22.39 | 18,160.97 |
| 12/09/11 | 7 | Lakefront Corner Inc. | | 285.00 | | 18,445.97 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 0.15 | | 18,446.12 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 22.61 | 18,423.51 |
| 01/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.08 | | 18,423.59 |
| 01/18/12 | | Transfer to Acct #*******3655 | Bank Funds Transfer | | 18,423.59 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,321.18 | COLUMN TOTALS | 18,491.20 | 18,491.20 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 18,423.59 | |
| | | Subtotal | 18,491.20 | 67.61 | |
| Memo Allocation Net: | 1,321.18 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 18,491.20 | 67.61 | |

Page Subtotals    3,721.04    18,491.20

LFORM2

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3655 Checking Account |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******6070 | Bank Funds Transfer | 18,423.59 | | 18,423.59 |
| 02/07/12 | 003001 | INTERNATIONAL SURETIES, LTD. | | | 19.56 | 18,404.03 |
| 02/14/12 | 7 | Lakefront Corner Inc. | | 100.00 | | 18,504.03 |
| 03/09/12 | 7 | Lakefront Corner Inc. | | 100.00 | | 18,604.03 |
| 04/10/12 | 7 | Lakefront Corner | | 100.00 | | 18,704.03 |
| 05/11/12 | 7 | Lakefront Corner Inc. | | 100.00 | | 18,804.03 |
| 06/21/12 | 7 | Lakefront Corner, Inc. | | 100.00 | | 18,904.03 |
| 08/17/12 | 7 | Lakefront Corner Inc | Final Settlement of Lakefront Note | 1,688.51 | | 20,592.54 |
| 09/05/12 | 6 | Lakefront Corner Inc. | Payment on Promissory Note (Thakker | 285.00 | | 20,877.54 |
| 10/01/12 | 6 | Rahi Gurung | Payment on Thakker Promissory Note | 250.00 | | 21,127.54 |
| 10/16/12 | 6 | Amish Thakker | Payment on Promissory Note | 250.00 | | 21,377.54 |
| 11/20/12 | 6 | Amish Thakker | | 200.00 | | 21,577.54 |
| 12/12/12 | 6 | Amish Thakker | Payment on Promissory note (Thakke) | 200.00 | | 21,777.54 |
| 03/08/13 | | Congressional Bank | Bank Charges | | 20.88 | 21,756.66 |
| * 03/08/13 | | Congressional Bank | Bank Charges | | 20.88 | 21,735.78 |
| 03/11/13 | 6 | Amish Thakker | Payment on Promissory Note | 200.00 | | 21,935.78 |
| * 03/27/13 | | Reverses Adjustment OUT on 03/08/13 | Bank Charges | | -20.88 | 21,956.66 |
| | | | Duplicate | | | |
| 04/08/13 | 6 | DLA Piper | Final Garnishment | 3,144.78 | | 25,101.44 |
| 04/08/13 | 003002 | Rahi Gurung | Overpayment of asset | | 200.00 | 24,901.44 |
| 04/22/13 | | Congressional Bank | Bank Charges | | 23.24 | 24,878.20 |
| 06/04/13 | | Congressional Bank | Bank Charges | | 26.41 | 24,851.79 |
| 07/26/13 | 003003 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL 60654 | Chapter 7 Compensation/Expense | | 3,213.95 | 21,637.84 |
| 07/26/13 | 003004 | DLA Piper (US) | Attorney for Trustee Fees (Other Fi | | 14,573.69 | 7,064.15 |

Page Subtotals    25,141.88    18,077.73

LFORM2

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 17.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3655 Checking Account |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/26/13 | 003005 | Illinois Department of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60506 | Claim 000004B, Payment 100.00000% | | 1,221.03 | 5,843.12 |
| 07/26/13 | 003006 | Department of Treasury Internal Revenue Service<br>Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000010B, Payment 64.04647% | | 5,843.12 | 0.00 |
| * 08/21/13 | 003005 | Illinois Department of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60506 | Claim 000004B, Payment 100.00000%<br>Check returned with statement that says claim was withdrawn. | | -1,221.03 | 1,221.03 |
| * 08/21/13 | 003007 | Department of Treasury Internal Revenue Service<br>Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | | | 1,221.03 | 0.00 |
| * 09/09/13 | 003007 | Department of Treasury Internal Revenue Service<br>Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | VOID<br>Check returned by IRS - claim fully paid. | | -1,221.03 | 1,221.03 |
| 09/18/13 | 003008 | Recovery Management Systems Corporation<br>For YESSG I<br>As Assignee of HOUSEHOLD BANK<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | Claim 000002, Payment 1.47905% | | 33.89 | 1,187.14 |
| 09/18/13 | 003009 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000003, Payment 1.47905% | | 91.61 | 1,095.53 |
| 09/18/13 | 003010 | Chase Bank USA<br>c/o Weinstein & Riley, P.S., | Claim 000005, Payment 1.47905% | | 140.93 | 954.60 |

Page Subtotals 0.00 6,109.55

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3655 Checking Account |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/18/13 | 003011 | PO Box 3978<br>Seattle, WA 98124-3978<br>Kessler Orlean Silver & Co.<br>1101 Lake Cook Rd., Suite C<br>Deerfield, IL 60015 | Claim 000006, Payment 1.47929% | | 22.46 | 932.14 |
| 09/18/13 | 003012 | World Financial Network National Bank<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978 | Claim 000007, Payment 1.47874% | | 18.99 | 913.15 |
| 09/18/13 | 003013 | US BANK NA/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Claim 000008, Payment 1.47909% | | 166.18 | 746.97 |
| 09/18/13 | 003014 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Claim 000009, Payment 1.47913% | | 121.81 | 625.16 |
| 09/18/13 | 003015 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000011, Payment 1.47908% | | 369.06 | 256.10 |
| 09/18/13 | 003016 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000012, Payment 1.47919% | | 110.02 | 146.08 |
| 09/18/13 | 003017 | National City<br>P.O. Box 94982<br>Cleveland, OH 44101 | Claim 000013, Payment 1.47909% | | 146.08 | 0.00 |

Page Subtotals        0.00        954.60

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 17.05

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-08912   JBS | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | SWANSON, ERIC E. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3655  Checking Account |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | 25,141.88 | 25,141.88 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | 18,423.59 | 0.00 | |
| | | | Subtotal | 6,718.29 | 25,141.88 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | 200.00 | |
| | | | Net | 6,718.29 | 24,941.88 | |

Page Subtotals      0.00      0.00

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Ver: 17.05

FORM 2

Page: 10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08912 JBS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0432 Congressional - Checking Account |
| Taxpayer ID No: | *******1262 | | | |
| For Period Ending: | 02/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 12/11/13 | 9 | United States Treasury | IRS Tax Refund for 12/2005 | 5,843.12 | | 5,843.12 |
| 12/18/13 | 003001 | Recovery Management Systems Corporation<br>For YESSG I<br>As Assignee of HOUSEHOLD BANK<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | Claim 000002, Payment 7.07842% | | 162.19 | 5,680.93 |
| 12/18/13 | 003002 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000003, Payment 7.07801% | | 438.40 | 5,242.53 |
| * 12/18/13 | 003003 | Chase Bank USA<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978 | Claim 000005, Payment 7.07811% | | 674.43 | 4,568.10 |
| * 12/18/13 | 003003 | Chase Bank USA<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978 | Claim 000005, Payment 7.07811%<br>Corrected address | | -674.43 | 5,242.53 |
| 12/18/13 | 003004 | Kessler Orlean Silver & Co.<br>1101 Lake Cook Rd., Suite C<br>Deerfield, IL 60015 | Claim 000006, Payment 7.07765% | | 107.46 | 5,135.07 |
| 12/18/13 | 003005 | World Financial Network National Bank<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978 | Claim 000007, Payment 7.07834% | | 90.90 | 5,044.17 |
| 12/18/13 | 003006 | US BANK NA/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Claim 000008, Payment 7.07806% | | 795.24 | 4,248.93 |
| 12/18/13 | 003007 | Sallie Mae<br>c/o Sallie Mae Inc. | Claim 000009, Payment 7.07799% | | 582.89 | 3,666.04 |
| | | | Page Subtotals | 5,843.12 | 2,177.08 | |

LFORM2

Ver: 17.05

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 11

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08912 JBS | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | SWANSON, ERIC E. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0432 Congressional - Checking Account |
| Taxpayer ID No: | *******1262 | | |
| For Period Ending: | 02/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/13 | 003008 | 220 Lasley Ave<br>Wilkes-Barre, PA 18706<br>LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000011, Payment 7.07803% | | 1,766.11 | 1,899.93 |
| 12/18/13 | 003009 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000012, Payment 7.07799% | | 526.45 | 1,373.48 |
| 12/18/13 | 003010 | National City<br>P.O. Box 94982<br>Cleveland, OH 44101 | Claim 000013, Payment 7.07805% | | 699.05 | 674.43 |
| 12/18/13 | 003011 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Claim 00005, Payment 7.07811% | | 674.43 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 5,843.12 | 5,843.12 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 5,843.12 | 5,843.12 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 5,843.12 | 5,843.12 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,321.18 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - ********6070 | 18,491.20 | 67.61 | 0.00 |
| | | Checking Account - ********3655 | 6,718.29 | 24,941.88 | 0.00 |
| Total Memo Allocation Net: | 1,321.18 | Congressional - Checking Account - ********0432 | 5,843.12 | 5,843.12 | 0.00 |
| | | Page Subtotals | 0.00 | 3,666.04 | |

FORM 2

Page: 12

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08912   JBS | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SWANSON, ERIC E. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0432  Congressional - Checking Account |
| Taxpayer ID No: | *******1262 | | |
| For Period Ending: | 02/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  | 31,052.61 | 30,852.61 | 0.00 |
|  |  |  |  | ============ | ============ | ============ |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

LFORM2

Ver: 17.05

UST Form 101-7-TDR (5/1/2011) (Page: 20)